IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01783-LTB-BNB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$432,435.00 IN THE UNITED STATES CURRENCY,
$107,220.00 IN THE UNITED STATES CURRENCY, et al.,

       Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

     The Motion to Join (Doc 41 - filed December 5, 2007) is **GRANTED**. Nelly Bernal is allowed to join as a claimant in this matter.

Dated: December 6, 2007
_____