IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-1783-LTB-BNB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$432,435.00 IN UNITED STATES CURRENCY,

$107,220.00 IN UNITED STATES CURRENCY,

$66,270.00 IN UNITED STATES CURRENCY,

$62,205.00 IN UNITED STATES CURRENCY,

$47,415.00 IN UNITED STATES CURRENCY,

$23,550.00 IN UNITED STATES CURRENCY,

$12,132.00 IN UNITED STATES CURRENCY,

$11,035.00 IN UNITED STATES CURRENCY,

$5,900.00 IN UNITED STATES CURRENCY,

$5,551.00 IN UNITED STATES CURRENCY,

$4,200.00 IN UNITED STATES CURRENCY,

$4,124.00 IN UNITED STATES CURRENCY,

$3,811.00 IN UNITED STATES CURRENCY,

$2,657.00 IN UNITED STATES CURRENCY,

$2,540.00 IN UNITED STATES CURRENCY,

$2,444.00 IN UNITED STATES CURRENCY,

2005 CHRYSLER 300C, VIN 2C3JA63H05H121320,

2000 JAGUAR, VIN SAJDA01C4YFL77593,

2000 CADILLAC ESCALADE, VIN 1GYEK13R4YR165549, and

1997 GMC SUBURBAN, VIN 3GKFK16R7VG519909,

        Defendants.
_____

# FINAL ORDER OF FORFEITURE ONLY AS TO
# DEFENDANT $107,220.00 IN UNITED STATES CURRENCY
_____

       THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture only as to defendant $107,220.00 in United States Currency, the Court having reviewed said Motion FINDS:

       THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. §881;

       THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

       THAT only Nelly Bernal, through Normando Pacheco, Esq., is the only individual or entity to file a claim, answer, or other responsive pleading as to defendant $107,220.00 in United States Currency;

       THAT no other claims to defendant $107,220.00 in United States Currency have been filed;

       THAT the United States and sole claimant Nelly Bernal have reached a settlement as to defendant $107,220.00 in United States Currency, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT upon agreement of the parties, claimant Nelly Bernal shall forfeit to the United States, $100,000.00 of defendant $107,220.00 in United States Currency;

THAT upon entry of this Order, $7,220.00 of defendant $107,220.00 in United States Currency shall be returned to claimant Nelly Bernal;

THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis for a final Judgment and Order of Forfeiture of defendant $107,220.00 in United States Currency;

THAT defendants $12,132.00 in United States Currency, 2005 Chrysler 300C, and 2000 Jaguar remain at issue and are not affected by this Order;

THAT the remaining defendant properties have not been claimed and are not affected by this Order;

THAT the United States has filed contemporaneously herewith, a Motion for Default and Final Order of Forfeiture as to all remaining defendant properties;

THAT pursuant to Fed.R.Civ.P. 54(b), this Court hereby expressly determines that there is no just reason for delay in entering Final Order of Forfeiture and Judgment as to defendant $107,222.00 in United States Currency; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of $100,000.00 of defendant $107,220.00 in United States Currency is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the forfeited $100,000.00, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT the United States shall return $7,220.00 of defendant $107,220.00 in United States Currency to claimant Nelly Bernal;

THAT pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of Court is directed to enter Judgment only as to $100,000.00 of defendant $107,220.00 in United States Currency;

THAT a Certificate of Reasonable Cause pursuant to 28 U.S.C. §2465, which this Order constitutes, is granted as to defendant $107,220.00 in United States Currency; and

THAT the United States shall return $7,220.00 of defendant $107,200.00 in United States Currency to claimant Nelly Bernal through counsel, Normando Pacheco, Esq.

SO ORDERED this  12th  day of      May      , 2008.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK
United States District Court Judge