IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-1783-LTB-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$432,435.00 IN UNITED STATES CURRENCY,

$107,220.00 IN UNITED STATES CURRENCY,

$66,270.00 IN UNITED STATES CURRENCY,

$62,205.00 IN UNITED STATES CURRENCY,

$47,415.00 IN UNITED STATES CURRENCY,

$23,550.00 IN UNITED STATES CURRENCY,

$12,132.00 IN UNITED STATES CURRENCY,

$11,035.00 IN UNITED STATES CURRENCY,

$5,900.00 IN UNITED STATES CURRENCY,

$5,551.00 IN UNITED STATES CURRENCY,

$4,200.00 IN UNITED STATES CURRENCY,

$4,124.00 IN UNITED STATES CURRENCY,

$3,811.00 IN UNITED STATES CURRENCY,

$2,657.00 IN UNITED STATES CURRENCY,

$2,540.00 IN UNITED STATES CURRENCY,

$2,444.00 IN UNITED STATES CURRENCY,

2005 CHRYSLER 300C, VIN 2C3JA63H05H121320,

2000 JAGUAR, VIN SAJDA01C4YFL77593,

2000 CADILLAC ESCALADE, VIN 1GYEK13R4YR165549, and

1997 GMC SUBURBAN, VIN 3GKFK16R7VG519909,

        Defendants.

## DEFAULT AND FINAL ORDER OF FORFEITURE ONLY AS TO CERTAIN DEFENDANT PROPERTIES

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture Only as to Certain Defendant Properties, the Court having reviewed said Motion FINDS:

THAT The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after notice, there have been no Claims, Answers, or other responsive pleadings filed in this matter as to the following defendant properties (collectively, "Subject Property") as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and 18 U.S.C. § 983 (a)(4):

    a) $432,435.00 in United States Currency,
    b) $66,270.00 in United States Currency,
    c) $62,205.00 in United States Currency,
    d) $47,415.00 in United States Currency,
    e) $23,550.00 in United States Currency,
    f) $11,035.00 in United States Currency,
    g) $5,900.00 in United States Currency,
    h) $5,551.00 in United States Currency,
    i) $4,200.00 in United States Currency,
    j) $4,124.00 in United States Currency,

     k)  $3,811.00 in United States Currency,
     l)  $2,657.00 in United States Currency,
     m)  $2,540.00 in United States Currency,
     n)  $2,444.00 in United States Currency,
     o)  2000 Cadillac Escalade, VIN 1GYEK13R4YR165549, and
     p)  1997 GMC Suburban, VIN 3GKFK16R7VG519909;

  THAT Entry of Default as to the above-described Subject Property was entered by the Clerk on February 22, 2008; and

  THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of the Subject Property and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465. It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881;

  THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis for a final Judgment and Order of Forfeiture of the Subject Property;

  THAT pursuant to Fed.R.Civ.P. 54(b), this Court hereby expressly determines that there is no just reason for delay in entering Final Order of Forfeiture and Judgment as to the Subject Property.

  NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

  THAT default and forfeiture of the above-described Subject Property including all right, title, and interest is hereby entered in favor of the United States;

  THAT the United States shall have full and legal title to the above-described Subject Property and may dispose of said property in accordance with law;

  THAT defendants $107,220.00 in United States Currency, $12,132.00 in United States Currency, 2005 Chrysler 300C, and 2000 Jaguar are still at issue, and are not affected by this Default and Final Order of Forfeiture;

THAT this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to the Subject Property under 28 U.S.C. § 2465; and

THAT the Clerk shall enter a Default Judgment only as to the above-described Subject Property pursuant to Rule 55 of the Federal Rules of Civil Procedure.

Dated this  12th  day of       May      , 2008.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK
United States District Court Judge