IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-1783-LTB-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$432,435.00 IN UNITED STATES CURRENCY, et al.

        Defendants.

_____

**FINAL ORDER OF FORFEITURE ONLY AS TO DEFENDANTS $12,132.00 IN UNITED STATES CURRENCY, 2005 CHRYSLER 300C, VIN 2C3JA63H05H121320, AND 2000 JAGUAR, VIN SAJDA01C4YFL77593**
_____

        THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture only as to defendants $12,132.00 in United States Currency, 2005 Chrysler 300C, VIN 2C3JA63H05H121320, and 2000 Jaguar, VIN SAJDA01C4YFL77593, the Court having reviewed said Motion FINDS:

        THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

        THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

        THAT claimant Davena Garcia is the only individual or entity to file a claim, answer, or other responsive pleading as to defendants $12,132.00 in United States Currency, and 2000 Jaguar, VIN SAJDA01C4YFL77593;

THAT no other claims to defendants $12,132.00 in United States Currency, and 2000 Jaguar, VIN SAJDA01C4YFL77593 have been filed;

THAT claimant Alejandro Camacho-Levario is the only individual or entity to file a claim, answer, or other responsive pleading as to defendant 2005 Chrysler 300C, VIN 2C3JA63H05H121320;

THAT no other claims to defendant 2005 Chrysler 300C, VIN 2C3JA63H05H121320 have been filed;

THAT the United States and claimant Davena Garcia have reached a settlement as to defendants $12,132.00 in United States Currency, and 2000 Jaguar, VIN SAJDA01C4YFL77593, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT upon agreement of the parties, claimant Davena Garcia shall forfeit to the United States, $2,132.00 of defendant $12,132.00 in United States Currency and defendant 2000 Jaguar, VIN SAJDA01C4YFL77593;

THAT upon entry of this Order, $10,000.00 of defendant $12,132.00 in United States Currency shall be returned to claimant Davena Garcia;

THAT claimant Alejandro Camacho-Levario agreed to the forfeiture of defendant 2005 Chrysler 300C, VIN 2C3JA63H05H121320 pursuant to 21 U.S.C. § 881 in his Plea Agreement in Criminal Case No. 07-cr-188-WDM;

THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis for a final Judgment and Order of Forfeiture of defendants $12,132.00 in United States Currency, 2005 Chrysler 300C, VIN

2C3JA63H05H121320, and 2000 Jaguar, VIN SAJDA01C4YFL77593;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of $2,132.00 of defendant $12,132.00 in United States Currency, defendant 2005 Chrysler 300C, VIN 2C3JA63H05H121320, and defendant 2000 Jaguar, VIN SAJDA01C4YFL77593 is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement and Consent to Forfeiture;

THAT the United States shall return $10,000.00 of defendant $12,132.00 in United States Currency to claimant Davena Garcia;

THAT pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of Court is directed to enter Judgment only as to $2,132.00 of defendant $12,132.00 in United States Currency, defendant 2005 Chrysler 300C, VIN 2C3JA63H05H121320, and defendant 2000 Jaguar, VIN SAJDA01C4YFL77593;

THAT a Certificate of Reasonable Cause pursuant to 28 U.S.C. §2465, which this Order constitutes, is granted as to defendants $12,132.00 in United States Currency, 2005 Chrysler 300C, VIN 2C3JA63H05H121320, and 2000 Jaguar, VIN SAJDA01C4YFL77593.

SO ORDERED this 5th day of March, 2012.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK
U.S. District Court Senior Judge